Hillary Arrow Booth (SBN 125936)
hbooth@boothllp.com
Ian P. Culver (SBN 245106)
iculver@boothllp.com
Allan P. Bareng (SBN 237464)
abareng@boothllp.com
BOOTH LLP
11835 W. Olympic Blvd., Suite 600E
Los Angeles, CA 90064
Telephone: (310) 641-1800
Facsimile: (310) 641-1818

Attorneys for Defendant SWIFT TRANSPORTATION CO AZ, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMILY NAMIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO AZ, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | U.S.D.C. Case No.<br><br>LASC Case No. 20STCV45213<br><br>**NOTICE OF REMOVAL**<br><br>[28 U.S.C. § 1441(b)]<br><br><br>Complaint Filed: November 30, 2020<br>Trial Date: None Set |

TO THE CLERK OF THIS COURT:

PLEASE TAKE NOTICE THAT Defendant SWIFT TRANSPORTATION CO AZ, LLC ("Defendant" or "Swift") removes to this Court the state court action described below on the grounds of the complete diversity of the parties.

1. On November 30, 2020, Plaintiff EMILY NAMIN ("Plaintiff") filed her Complaint in the Superior Court for the State of California, County of Los Angeles against Defendant in *Namin v. Swift Transportation Co. AZ, LLC*, Case No. 20STCV45213. A copy of the Complaint is attached here as Exhibit "A."

2. Plaintiff served the Complaint personally upon Defendant on December 3, 2020. A copy of the Summons and process forms is attached here as Exhibit "B."

3. The Complaint describes a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because, while the Complaint itself is silent on the amount of damages sought, Plaintiff has demanded in prefiling correspondence the amount of $285,000. A copy of the said correspondence is attached here as Exhibit "C." Defendant denies that Plaintiff is entitled to damages but repeats the allegation only to satisfy the jurisdictional minimum.

4. Complete diversity of citizenship exists in that: Plaintiff is a resident of "the County of Los Angeles, State of California" (Complaint, ¶ 1) and Defendant is a limited liability company incorporated under the laws of the State of Delaware (Complaint, ¶ 2) and having its principal place of business in the State of Arizona and is the only defendant that has been served with summons and complaint in this action.

5. No member of Defendant, a limited liability company, is a citizen of California. Its sole member is a Delaware limited liability company whose sole member is a Delaware corporation.

6. Plaintiff and the Los Angeles County Superior Court will receive notice of this Removal.

///

///

///

7. There are no other defendants that need consent in this removal.

DATED: <u>December 29, 2020</u>    BOOTH LLP

By: <u>   */s/ Ian P. Culver*   </u>
Hillary Arrow Booth
Ian P. Culver
Allan P. Bareng