JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMILY NAMIN, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO AZ, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>   Defendant. | Case No. CV 20-11716-DMG (MRWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [26]** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED:  December 15 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE